07-03620-ESL

# CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| JUAN MORENO ROSADO<br>MIGDALIA SANCHEZ GONZALEZ<br>SANTA JUANITA<br>BM7 CALLE HAITI<br>BAYAMON, PR 00956-4925 | JAIME RODRIGUEZ LAW OFFICE*<br>COND ATRIUM PLAZA<br>225 CALLE JOSE OLIVER APT #28<br>SAN JUAN, PR 00918-1469 |
| ADM. RETIRO<br>PO BOX 42003<br>SAN JUAN, PR 00940-2203 | AES / PHEAA<br>PO BOX 1463<br>HARRISBURG, PA 17105 |
| ASOCIACION EMPLEADOS DEL ELA<br>ATT. C MORALES SEC RECAUDACION<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 | BANCO POPULAR<br>PO BOX 363534<br>SAN JUAN, PR 00936-2708 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR 00936 | CAPITAL RECOVERY II<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL 33131 |
| CENTENNIAL DE PR<br>PO BOX 71514<br>SAN JUAN, PR 00936-8614 | CITIFINANCIAL<br>HC 69 BOX 15704<br>SUITE 1<br>BAYAMON, PR 00956 |

| | |
|---|---|
| CITIFINANCIAL F/K/A ASSOCIATES FINANCE<br>C/O FORTUNO & FORTUNO FAS<br>PO BOX 9300<br>SAN JUAN, PR 00908 | COOP A/C SAGRADA FAMILIA<br>PO BOX 102<br>COROZAL, PR 00783-0102 |
| CRESCA CORP<br>PMB 92, PO BOX 71325<br>SAN JUAN, PR 00936 | DIRECT TV<br>PO BOX 71413<br>SAN JUAN, PR 00936-8513 |
| EMPRESAS BERRIOS INC<br>PO BOX 674<br>CIDRA, PR 00739-0674 | GE MONEY BANK<br>RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVENUE SUITE 1120<br>ATT RAMESH SINGH<br>MIAMI, FL 33131-1605 |
| ISLAND FINANCE A DIVISION OF<br>SANTANDER FINANCIAL<br>PO BOX 195369<br>SAN JUAN, PR 00919-5369 | POPULAR AUTO<br>PO BOX 366818<br>SAN JUAN, PR 00936-6818 |
| PR ACQUISITIONS LLC<br>270 AVE MUÑOZ RIVERA #401<br>SAN JUAN, PR 00918 | SPRINT-NEXTEL CORP<br>NEXTEL COMMUNICATIONS INC<br>PO BOX 172408<br>DENVER, CO 80217-2408 |
| ZALES CREDIT PLAN<br>PROCESSING CENTER<br>DES MOINES, IA 50364-0001 | |

Dated May 04, 2009          /S/ José R. Carrión
                            OFFICE OF THE CHAPTER 13 TRUSTEE