IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

JUAN MORENO ROSADO
MIGDALIA SANCHEZ GONZALEZ

XXX-XX-1685
XXX-XX-3427

Debtor(s)

CASE NO. 07-03620 ESL
Chapter 13

FILED & ENTERED ON 06/15/2009

## ORDER DISCHARGING TRUSTEE AND CLOSING ESTATE

The instant case has been dismissed. The duly appointed chapter 13 trustee in the above mentioned case, has rendered a full and complete account of his administration of the estate. Accordingly, it is now

ORDERED that the Chapter 13 Trustee be and is hereby discharged, that the bond of trustee be cancelled and the surety thereon released from further liability thereunder, and that the estate be and is hereby closed.

SO ORDERED.

San Juan, Puerto Rico, this 15 day of June, 2009.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: JOSE RAMON CARRION MORALES